■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BERNARD, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant, by pleading guilty, forfeited his

right to challenge whether hearsay or bolstering testimony should have been admitted before the Grand Jury (see, *People v Campbell*, 73 NY2d 481, 486; *People v Taylor*, 65 NY2d 1, 5). Additionally, this court lacks interest-of-justice jurisdiction to review the minimum indeterminate sentence mandated by statute for second felony offenders (*People v Clark*, 176 AD2d 1206, *lv denied* 79 NY2d 854). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, P. J., Pine, Balio, Lawton and Doerr, JJ.